**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CATHERINE LEAPHART                                                                    PLAINTIFF

v.                                       No. 4:10CV02035 JLH

TYRONE WILLIAMSON, CLIFF KIRCHNER,
PHILLIP CARRUTH, FREDDIE HARRIS,
BILL EATON, ROBERT WILEY,
KEVIN FREEMAN, RANDAL CROUCH,
GARLAND STEUBER, and LARRY HOLMAN,
Individually and In Their Official Capacities                                      DEFENDANTS

**<u>ORDER</u>**

Separate defendants, Tyrone Williamson, Phillip Carruth, Freddie Harris, Bill Eaton, Robert Wiley, Kevin Freeman, Larry Holman, and Garland Steuber, have filed a motion for extension of time in which to answer or otherwise respond to plaintiff's complaint. Without objection, the motion is GRANTED. Document #2. The deadline for separate defendants to answer or otherwise respond to plaintiff's complaint is extended up to and including January 31, 2011.

IT IS SO ORDERED this 19th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE