**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CATHERINE LEAPHART                                                                                    PLAINTIFF

v.                                              No. 4:10CV02035 JLH

TYRONE WILLIAMSON; CLIFF KIRCHNER;
PHILLIP CARRUTH; FREDDIE HARRIS;
BILL EATON; ROBERT WILEY;
KEVIN FREEMAN; RANDAL CROUCH;
GARLAND STEUBER; and LARRY HOLMAN,
Individually and In Their Official Capacities                                                   DEFENDANTS

### ORDER

The joint motion for extension of the discovery and dispositive motions deadlines is GRANTED. Document #11. The discovery deadline is extended up to and including November 24, 2011, and the deadline for filing dispositive motions is extended up to and including December 9, 2011.

IT IS SO ORDERED this 2nd day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE