**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CATHERINE LEAPHART                                                                        PLAINTIFF

v.                                       No. 4:10CV02035 JLH

TYRONE WILLIAMSON, Mayor for the City of
Russellville, Arkansas; *et al*.                                                          DEFENDANTS

## ORDER

Plaintiff's motion for dismissal of Tyrone Williamson, in his individual capacity, is GRANTED. Document #27. Plaintiff's claims against Tyrone Williamson, in his individual capacity, are hereby dismissed without prejudice.

IT IS SO ORDERED this 10th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE