IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATHERINE LEAPHEART                                                    PLAINTIFF

v.                                     No. 4:10CV02035 KGB

MAYOR TYRONE WILLIAMSON; CLIFF KIRCHNER;
PHILLIP CARRUTH; FREDDIE HARRIS; BILL EATON;
ROBERT WILEY; KEVIN FREEMAN; RANDAL CROUCH;
and GARLAND STEUBER, Individually and as Mayor and
City Council for the City of Russellville, Arkansas                   DEFENDANTS

## ORDER

The parties are directed to file a status report no later than May 20, 2013. The report should address the status of this matter and whether it is ready to be set for trial. The parties should also indicate which deadlines should be reset in an amended final scheduling order.

SO ORDERED this 8th day of May, 2013.

_____
Kristine G. Baker
United States District Judge