IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CATHERINE LEAPHEART**                                    **PLAINTIFF**

v.                  **Case. No. 4:10-cv-02035 KGB**

**MAYOR TYRONE WILLIAMSON, et al.**                       **DEFENDANTS**

## ORDER

Based on the parties' representations to the Court that this matter has settled, the Court removes this case from the trial docket for the week of January 21, 2014. This matter will remain open until the parties file a motion to dismiss or a stipulation of dismissal.

SO ORDERED this 8th day of January, 2014.

_____
Kristine G. Baker
United States District Judge