IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CATHERINE LEAPHEART**                                                                                      **PLAINTIFF**

v.                             **Case. No. 4:10-cv-02035 KGB**

**MAYOR TYRONE WILLIAMSON, et al.**                                                        **DEFENDANTS**

## ORDER

The parties, having reached an agreement to resolve this case, have filed a joint motion to dismiss with prejudice (Dkt. No. 60). The Court grants this motion and finds that this case should be dismissed with prejudice.

It is therefore ordered that the complaint and all claims in this action against defendants are hereby dismissed with prejudice.

SO ORDERED this 22nd day of January, 2014.

_____
Kristine G. Baker
United States District Judge